UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) |
| | ) |
| TERESA E. KIRITSY, | ) Chapter 7, No. 17-40792-CJP |
| | ) |
| Debtor | ) |
| | ) |
| JONATHAN R. GOLDSMITH, | ) |
| TRUSTEE IN BANKRUPTCY OF | ) |
| TERESA E. KIRITSY, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Adversary Proceeding No. 18-04011 |
| | ) |
| TERESA E. KIRITSY, Individually | ) |
| and as a Trustee of the | ) |
| H AND E KIRITSY FAMILY TRUST, | ) |
| | ) |
| Debtor/Defendant | ) |
| and | ) |
| | ) |
| KAREN L. ROBINSON, | ) |
| as she is a Trustee of the | ) |
| H AND E KIRITSY FAMILY TRUST, and | ) |
| ELIZABETH KIRITSY, | ) |
| | ) |
| Defendants | ) |

## ASSENTED TO MOTION TO STAY
## ADVERSARY PROCEEDING

Now comes the Plaintiff, JONATHAN R. GOLDSMITH, Trustee in Bankruptcy of TERESA E. KIRITSY, by and through his counsel, and respectfully moves this Honorable Court to enter an Order Staying this Adversary Proceeding pending the submission and adjudication by this Court of a Settlement and Compromise of the instant matter, to be filed in the main case captioned above.

As grounds therefore, the Trustee states:

1.\touch On March 2, 2018, the Trustee filed his Adversary Complaint against the above-named Defendants asserting, *inter alia*, the Bankruptcy Estate's claim of right to title to certain property, as set forth in the Plaintiff's Adversary Complaint, by way of Declaratory Judgment, Turnover and Surrender theories of recovery.

2.\touch On April 2, 2018, the Defendants filed their Answers to the Adversary Complaint.

3.\touch The Court held a telephonic Case Management Conference on May 17, 2018, and on May 21, 2018, the Court issued its Case Management and Scheduling Order, and set the time to complete Discovery in conformity with the Parties submitted Discovery Plan.

4.\touch In an effort to avoid protracted litigation and the costs associated therewith, counsel for the parties have since engaged in negotiations in order to determine whether a settlement and compromise may be reached between them, and have now reached a settlement in principal -- which terms need to be memorialized and submitted to this Court for approval thereof.

5.\touch In light of their settlement, the Trustee asserts that a Stay of this instant adversary proceeding is appropriate, as continued litigation efforts would merely be wasteful of the parties' resources, including compliance with the aforesaid discovery deadlines set forth in the Court's Case Management and Scheduling Order.

WHEREFORE, the Plaintiff, JONATHAN R. GOLDSMITH, Trustee in Bankruptcy of TERESA E. KIRITSY, respectfully requests this Honorable Court:

(i)\touch allow his Assented to Motion to Stay of Adversary Proceeding; and

    (ii)    enter an Order for such other and further relief as the Court deems equitable and just.

JONATHAN R. GOLDSMITH,
TRUSTEE IN BANKRUPTCY OF
TERESA E. KIRITSY

By his counsel,

Dated: 8/24/18

/s/ Jonathan R. Goldsmith
Jonathan R. Goldsmith, Esq. (BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, PC
1350 Main Street, 15th Floor
Springfield, MA 01103
Tel. (413) 747-0700
E-Mail: jgoldsmith@gkalawfirm.com

ASSENTED TO:

TERESA E. KIRITSY,
KAREN L. ROBINSON, and
ELIZABETH KIRITSY,

By their counsel,

/s/ Joseph S.U. Bodoff
Joseph S.U. Bodoff (BBO #549116)
RUBIN AND RUDMAN LLP
53 State Street
Boston, MA 02109
Tel. (617) 330-7000
jbodoff@rubinrudman.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| TERESA E. KIRITSY, | ) | Chapter 7, No. 17-40792-CJP |
| | ) | |
| Debtor | ) | |
| | ) | |
| JONATHAN R. GOLDSMITH, | ) | |
| TRUSTEE IN BANKRUPTCY OF | ) | |
| TERESA E. KIRITSY, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Adversary Proceeding No. 18-04011 |
| | ) | |
| TERESA E. KIRITSY, Individually | ) | |
| and as a Trustee of the | ) | |
| H AND E KIRITSY FAMILY TRUST, | ) | |
| | ) | |
| Debtor/Defendant | ) | |
| and | ) | |
| | ) | |
| KAREN L. ROBINSON, | ) | |
| as she is a Trustee of the | ) | |
| H AND E KIRITSY FAMILY TRUST, and | ) | |
| ELIZABETH KIRITSY, | ) | |
| | ) | |
| Defendants | ) | |

### CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of 1350 Main Street, Suite 1505, Springfield, Massachusetts, do hereby certify that I served a copy of the foregoing *Assented to Motion to Amend Pre-Trial Deadlines* to be sent via CM/ECF to all parties on the Court's CM/ECF register identified as receiving electronic mail service in this case, on this 24th day of August, 2018.

/s/ Jonathan R Goldsmith
JONATHAN R. GOLDSMITH, ESQ.